## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **ANTHONY DOMENIC REO, STEFFANI ROSSI REO, BRYAN ANTHONY REO, ATTORNEY KYLE BRISTOW, BRETT KLIMKOWSKY, JUDGE PATRICK CONDON, LAKE COUNTY OHIO COURT OF COMMON PLEAS, STATE OF OHIO, U.S. FEDERAL GOVERNMENT,** | Case No. 1:19-CV-02615-jra <br><br> Hon. John R. Adams <br><br> Mag. George J. Limbert |
| Plaintiff(s) / Counter-Defendants, | **FILED** |
| v. | 1:16 pm Nov 15 2019 <br> **Clerk U.S. District Court** <br> **Northern District of Ohio** <br> **Cleveland** |
| **MARTIN LINDSTEDT, PASTOR , THE CHURCH OF JESUS CHRIST CHRISTIAN / ARYAN NATIONS OF MISSOURI,** | |
| Defendant(s) / Counter-Claimants. | |

**DEFENDANTS ANSWER TO DOMENIC ANTHONY REO WORKING IN COLLUSION WITH HIS SON BRYAN REO TO STEAL PASTOR LINDSTEDT'S INHERITANCE WITH COUNTER-CLAIMS AGAINST PLAINTIFF REO AND ADDITIONAL REO PLAINTIFFS AND REO COUNTER-DEFENDANTS,**

**ALSO THE LAKE COUNTY COURT OF COMMON PLEAS & JUDGE PATRICK CONDON FOR EXCEEDING THEIR JURISDICTION (IF ANY),**

**AND THE STATE OF OHIO AND FEDERAL GOVERNMENT FOR ALLOWING REO PLAINTIFFS TO VIOLATE FIRST AMENDMENT RIGHTS OF PASTOR LINDSTEDT & LINDSTEDT'S CHURCH UNDER COLOR OF LAW**

## I.  OVERVIEW OF THE AMENDED ANSWER AND COUNTER-CLAIMS

COMES NOW the current Defendant Pastor Martin Lindstedt (hereafter in person described as "Pastor Lindstedt") along with his Church of Jesus Christ Christian / Aryan Nations of Missouri (hereafter Lindstedt's Church) to make an Answer to plaintiff Anthony Domenic Reo who has filed this litigation for purposes of theft under color of law and to make a Counter-

Claim against Bryan Reo Plaintiffs Stefani Rossi Reo (hereafter Mrs. Reo) and Bryan Anthony Reo (Reo's lawyer son) and Bryan Reo fellow lawyers Kyle Bristow and Brett Klimkowsky from the not-quite defunct Foundation for the MarketPlace of Ideas, an Antifa agents-provocateur false-flag operation formerly pretending to be a White Supremacist "lawfare" organization as Reo "Co-Conspirators" under 42 U.S.C. 1981 & 1983. William "Baal" Finck is being sued as a Reo co-conspirator for being used as a false Christian-Identity "pastor" who Bryan Reo was sent to prop up against Pastor Lindstedt and Lindstedt's Church. Bryan Reo & William Finck were literally set up in business by the federal government.

Also counter-claimed is the Lake County Court of Common Pleas and Judge Patrick Condon for exceeding any jurisdiction, if they had any in the first place, in bringing to trial Pastor Lindstedt and Lindstedt's Church for the exercise of their supposed First Amendment "rights" of Free Speech and Religion and Press in discussing Bryan Reo and Reo co-conspirators past and present behavior when they are limited-purpose and/or public figures within the White Supremacist Movement. These two judicial branches / officials are being sued for injunctive and declaratory relief. The State of Ohio is being sued for granting lawyers a "patent of nobility" above the law to where they insist that non-commercial religious organizations incorporated only to accomplish their religious beliefs must hire these private officers of the Ohio Courts and cannot defend themselves otherwise other than by religious warfare.

Lastly sued is the U.S. Federal Government for imposing all these agents provocateurs like Bryan Reo, Brett Klimkowsky, Kyle Bristow, and William Finck to spy / co-opt the White Supremacist & Christian Identity Movement and Pastor Lindstedt & Lindstedt's Church in particular to harass with frivolous and malicious quasi-legal persecution under color of law to violate the First Amendment paper "guarantees" of Freedom of Religion, Speech, and of the

Press. Bryan Reo is the sole reason for these lawsuits all removed from the Lake County Court of Common Pleas to this federal court. Anthony Domenic Reo is merely the catspaw used by Bryan Reo to try to steal Defendant's South Dakota inheritance one $500,000 chunk at a time.

Pastor Lindstedt needs access to Electronic Case Filing to counter Bryan Reo crookedness in refusing to mail off its numerous Motions so that Pastor Lindstedt's replies and motions can be timely and cheaply filed in both defense and offense.

## II. PARTIES

### Plaintiff / Counter-Defendant Parties Suing & Being Sued by Defendant

**1. Bryan Reo** is the main Plaintiff acting against Defendant Pastor Lindstedt and if it wasn't for Bryan Reo none of these unnecessary cases would exist. Bryan Reo is a public or limited-purpose public figure within the White Supremacist / Christian Identity community. In fact, Reo is actually an Anti-racist activist and agent provocateur who founded the Foundation for the MarketPlace of Ideas as a supposed White Supremacist "lawfare" public corporation. (Bryan Reo is also a homosexual mongrel and easily the most vicious Satanic mongrel abomination ever spawned in Pastor Lindstedt's opinion.) Thus while Reo implausibly claims to be a private figure, Reo's conduct against Pastor Lindstedt and Lindstedt's Church is that of a public figure with no cause for action under *New York Times v. Sullivan,* 376 US 254. Reo has been abusing legal process against Pastor Lindstedt since April 2014 when Reo filed a federal lawsuit against Pastor Lindstedt, lost, then refiled in Lake County, and after four years has won, whereupon Reo has filed four new lawsuits against Lindstedt, two for itself and one each for its wife and father. Bryan Reo lives in the same house as its wife and father at 7143 Rippling Brook Lane, Mentor Ohio 44060. This is the second of what will be four cases removed from Lake County Ohio.

**2**. Stefani Rossi Reo (hereafter Mrs. Reo) is Bryan Reo's wife. Pastor Lindstedt saw her jumping up and down in the hallway of the Lake County Courthouse at trial on 25 June 2019 trying to get Bryan Reo's and another mongrel's attention (who Pastor Lindstedt later found out was Bryan Reo's father) and failing to do so like a puppy. She was far whiter and skinny and with a big nose. Pastor Lindstedt thinks she is a "beard", i.e. a woman that homosexuals marry in order to present a look of normal manly behavior. Pastor Lindstedt republished a Bryan Reo "Quora" article about her deceiving Reo with talk of wanting children, avoiding a divorce, then deceiving Reo again which Reo since deleted. She is now suing Pastor Lindstedt for $500,000  for Lindstedt publishing these observations, even though she was not mentioned by name but as "Mrs. Niggerlips". Mrs. Reo lives with Bryan Reo at 7143 Rippling Brook Lane, Mentor Ohio.

**3. Anthony Domenic Reo**  is Bryan Reo's father (hereafter Bryan Reo's father). Pastor Lindstedt had counter-sued Bryan Reo's father in the 2014 federal and 2015 Lake County cases but Bryan Reo evaded service on behalf of its father. The first day of the Lake County trial on 24 June 2019 Bryan Reo told its father to not show up because Pastor Lindstedt was so vile. So the next day when Pastor Lindstedt seen Mrs. Reo jumping around in the hall and neither of the two mongrels paying any attention to her, Pastor Lindstedt assumed that it was because they were homosexual mongrels. Later when Bryan Reo sent its 9 Sept 2019 filing for *Stefani Rossi Reo v Martin Lindstedt* 19VC001466 Pastor Lindstedt figured out that what he had mistook for a homosexual mongrel was Bryan Reo's father – a mongrel yes, but probably not a homosexual mongrel. Bryan Reo's father is suing Pastor Lindstedt under the supervision of Bryan Reo for $500,000 in *Anthony Domenic Reo v. Martin Lindstedt* 19CV001531 in Lake County Ohio. This case has been removed to federal court, Case # 1:19-CV-02615 as of 8 Nov. 2019. Bryan Reo's father lives with Bryan Reo's wife & Bryan Reo at 7143 Rippling Brook Lane, Mentor Ohio.

4. **Attorney Kyle Bristow, Esq.** 42383 Garfield Rd, Mt. Clemens MI(?), PO Box 381164 Clinton Twp 48038. Law Office (248) 838-9934 BristowLaw@gmail.com is Chairman of the Foundation for the MarketPlace of Ideas (FMI) and Bryan Reo was Bristow's "law clerk" and on the Board of Directors. FMI was a "White Supremacist" 501(c)(3) corporation which practiced "lawfare" for what turned out to be federal agents provocateur "leading" the "Alt-Right" in forcing state university systems to host Richard Spencer – also on the Board of FMI like Bryan Reo and Brett Klimkowsky. FMI dissolved itself in early March 2018 with the resignation of Kyle Bristow. However, Kyle Bristow drafted and wrote a motion for attorney's fees for Brett Klimkowsky and submitted by Bryan Reo on July 24, 2019. Thus Kyle Bristow and Brett Klimkowsky are still actively conspiring with Bryan Reo to steal Pastor Lindstedt's inheritance and violate Pastor Lindstedt's and Lindstedt's Church's First Amendment and other civil rights.

5. **Attorney Brett Allan Klimkowsky**, Esq. P.O Box 114, Martin Ohio 43445 (419-360-1738) brett1066@gmail.com was Bryan Reo's lawyer and around July 23 2019 re-appeared under Bryan Reo's Motion for Attorney's Fees which Attorney Kyle Bristow wrote and to make an affidavit for $4200. Brett Klimkowsky, like Bryan Reo were members of the Board of FMI. However, like Bryan Reo they are actually liberals pretending to be White Supremacists until they decided that they didn't want to play White Supremacist any more in March 2018 after getting public criticism for racism.. All three of FMI Attorneys Reo, Bristow and Klimkowsky are actively working as of July 24, 2019 against Pastor Lindstedt and Lindstedt's Church and so they are hereby added to this suit through counter-claim against Bryan Reo Plaintiffs.

6. **William Raymond Finck** 10941 S Fork Loop, PO Box 7201, Panama City Fla 32413. Operator of Christogenea.org, also sued. wmfinck@christogenea.org William Finck is a jewish former Jersey City jailer who took it into its head to murder a Puerto-Rican sneak thief named

Arnauldo Ortega in the Jersey City New Jersey Jail in 1989. Finck stomped Ortega breaking his

sternum, and denied Ortega medical attention so that Ortega died a few days later. Even worse,

Finck induced other jailers, specifically David Dumers, to aid in the murder. The New Jersey

authorities let it slide but there were federal civil rights violations charges for the murders and

Finck testified against Dumers and was rewarded with a plea bargain of 15 years imprisonment.

Then Finck ruined Dumers appeals in U.S. v. Dumers 135 F.3d. 767 by filing a failed appeal the

very same time U.S. F.3d 767. Sometime in the late 1990s and by 2001 the Federal Government

decided to insinuate jews like Eli James, Clifton Emahiser and so a known snitch/fin[c]k like

William Finck was given a spurious New Testament translation and other non-white agents

provocateur like Bryan Reo were tasked with bringing William Finck into the above-ground

Christian Identity Movement since Finck got out of prison in Dec. 2008. Bryan Reo has taken

down Pastor Lindstedt's web pages by using fraudulent DMCA complaints and tortuous

interference Terms of Service complaints. Finck gave Bryan Reo a Wordpress blog on

Christogenea.org in which Bryan Reo published that Pastor Lindstedt was a "convicted child

molester" and that post was kept up until 2013-14 when Bryan Reo found out about Pastor

Lindstedt's 1800 acres in South Dakota and took down the post and filed a federal DMCA

complaint before this federal Court. William Finck had Bryan Reo write up a Motion to Dismiss

himself and his girlfriend for lack of jurisdiction in Dec. 2015. Bryan Reo has been involved

with Finck since at least 2018. Bryan Reo has done hundreds of podcasts with William Finck and

was known as SwordBrethren on Finck's old forum. Both of them get involved in White

Supremacist organizations, subvert them, inform on these aboveground organizations working

to put "fresh meat" into the federal and state "anti-domestic terror" prison-industrial complex.

**7. Lake County Ohio Court of Common Pleas / Judge Patrick Condon**. Bryan Reo uses the Lake County Court of Common Pleas to enrich itself through abuse of legal process both before and now that it is an officer of that Court. Bryan Reo has "won" a judgment for $40,000 in unnamed compensatory damages, $50,000 in punitive damages in Reo. v. Lindstedt 15CV001590, and $15,000 for "false light" against Lindstedt and $200 in compensatory and $200 in punitive damages against Pastor Lindstedt's Church in Reo v. The Church of Jesus Christ Christian / Aryan Nations of Missouri in Reo v. The Church of Jesus Christ Christian / Aryan Nations of Missouri 16CV000825 (which claimed jurisdiction when the Mentor Municipal Court declined to exercise becoming a Bryan Reo litigation mill and kicked it up to Lake County). There should be no real jurisdiction regarding what is said over the Internet eight or nine years ago between warring public figures 900 miles apart, several states away and violative of the First Amendment, otherwise there can be no Internet. Yet the Lake County Court and Judge Patrick Condon has held a trial on claims barred by the Ohio Statutes of Limitation, refused to allow Pastor Lindstedt to present evidence in his own favor, issued improper jury instructions, empaneled a biased jury, and conducted farcical proceedings. Indeed, how is it possible to sue a Church for mere "words" as in Reo v. Aryan Nations of Missouri except by violating the First Amendment paper guarantees of Freedom of Speech and Religion and the Press? Since the above-mentioned "trials" and the new claims by Bryan Reo and the Reo Family, three of them before this federal Court are without jurisdiction at the Lake County Court level, Pastor Lindstedt is suing for declaratory and injunctive relief against the Lake County Court in general and Judge Patrick Condon in particular from being able to try before their court absent jurisdiction Pastor Lindstedt and Lindstedt's Church for what they say over the Internet about Bryan Reo, a public figure pretending off and on to be a White Supremacist" who is currently

7

defaming Pastor Lindstedt as a "convicted child molester" serving five years in a state mental asylum. (cf Doc. 10 page 3, Exhibit 1 Reo v. Lindstedt 1:19-CV-2103). The Lake County Court and Judge Condon should not be used to violate the First Amendment rights of Defendant Pastor Lindstedt or Lindstedt's Church and so should be forced to vacate any jurisdictional claims or pretensions over Defendant(s). The address of the Lake County Court of Common Pleas / Judge Patrick Condon is Lake County Courthouse, 47 North Park Place, Painesville, Ohio 44077

**8.  The State of Ohio.** The State of Ohio presumes to "license" attorneys who are otherwise self-regulated by their bar associations and Ohio Supreme Court. Thus Bryan Reo has been allowed to run wild filing frivolous and malicious litigation against Pastor Lindstedt and Lindstedt's Church. Furthermore, the Ohio Supreme Court has given attorneys a false patent of nobility to where Pastor Lindstedt couldn't defend in their court his Church. The religious view is that the adversarial system parallels Satan going against the Body of Christ and Satan is the Adversary / Accuser. Thus to hire a lawyer to represent the Church would be to hire Satan to represent the Body of Christ. So therefore there is a conflict in which religious principles are in conflict with the State of Ohio's goals to increase the power of its officers of its courts to the detriment of the Church. Therefore a federal question is why cannot a Church be represented by its clergy as part of its exercise of religion and free speech? Contrary to Bryan Reo's lies, the Church of Jesus Christ Christian / Aryan Nations of Missouri is NOT a 501 (c)(3) organization or anything else other than a non-profit religious organization for the benefit of Aryan Christian Israelites to advance Dual-Seedline Christian Identity beliefs. Since this Church was unable to speak for itself or to do anything by itself then Bryan Reo had no claim against The Church of Jesus Christ Christian / Aryan Nations of Missouri 16CV000825, much less to collect $200 in compensatory and $200 in punitive damages. Punitive damages for what? Religious speech and

8

belief? Bryan Reo used the mere name "Aryan Nations" to inflame a hostile jury and to get at Pastor Lindstedt under color of trial. Therefore the State of Ohio, its bar associations and legal associations, and its courts absent any jurisdiction over the Church is being counter-sued / counter-claimed by Pastor Lindstedt and Lindstedt's Church. The point person to be sued is therefore the Ohio Attorney General, 30 E. Broad Street, 14th Floor, Columbus, Ohio 43215.

**9. The US Government.** The Federal Government operates agents provocateur and informants designed to go within White Supremacy and Christian Identity groups, especially those calling themselves Aryan Nations. The Randy Weaver incident of 1992 was one such effort. Bryan Reo was working with jew infiltrators Eli James / Joseph November and William Finck to pretend to be Dual-Seedline Christian Identity. Bryan Reo in fact at William Finck's Christogenea forum on Aug. 2014 in a post called "Pray for My Success" (Doc 9 Exhibit 5, Reo v. Lindstedt 19-CV-02103) wrote that Pastor Lindstedt was "the wicked one in Missouri" whose inheritance in South Dakota was targeted for theft under color of lawsuit by Bryan Reo – as in now. The Federal Government set up the Foundation for the MarketPlace of Ideas with Founding members Attorneys Kyle Bristow, Brett Klimkowsky and Bryan Reo and therefore since Bryan Reo is getting aid and assistance in persecuting Pastor Lindstedt and Pastor Lindstedt's Aryan Nations Church the federal government is a party to Pastor Lindstedt's counter-claims. Bryan Reo has admitted and alluded to working with the Federal Government as an informant; however Bryan Reo has also fantasized about gunning them down as well. The person to be served is U.S. Attorney for the Northern District of Ohio Justin Herdman, 801 W. Superior Avenue, Suite 400, Cleveland Ohio 44113-1852. In this case as before Bryan Reo and the federal government can work together combating White Supremacy and Aryan Nations while Bryan Reo serves as the

self-loathing non-white White Supremacist and Satanic Mongrel Abomination pretending to be Aryan Christian Identity.

**The Defendant(s) / Counter-Claimants Parties.**

**10. Pastor Martin Lindstedt.**   Having learned the fundamentals of Christian Identity since the age of 10, Pastor Lindstedt converted to the more militant Dual-Seedline Christian Identity doxology and came into the White Supremacy Movement through operating two local militias post-Waco to 1997. Pastor Lindstedt has operated a web page since Feb 1996, publishing mostly racist and Dual-Seedline Christian-Identity. Since 2009 Pastor Lindstedt has operated a Christian_Nationalist forum at http://whitenationalist.org/forum and http://christian-identity.net/forum and many other blogs and forums. Pastor Lindstedt has had a Talkshoe Show called "The Movement Turd" (what does a [bowel] Movement produce? – a turd!) Bryan Reo has taken it upon itself to take down Pastor Lindstedt's forums, web pages and blogs since March 2010 before Pastor Lindstedt found out Bryan Reo's real name and where it lived on Oct. 29, 2010. Since then Bryan Reo intensified its oppression and suppression of the fact that Bryan Reo isn't white or heterosexual, but until 2013 or 2014 Bryan Reo thought Pastor Lindstedt was poor. Then Bryan Reo found out about Pastor Lindstedt's inheritance of 1800 acres in South Dakota and decided to file a federal lawsuit DMCA lawsuit, then when that was dismissed to immediately file before Lake County Ohio a new lawsuit even though the Statute of Limitations had passed. Reo played games with discovery and Lindstedt didn't play so Reo got onto a NIM-Busters forum, impersonated Pastor Lindstedt making death threats against Reo, then sought and gained a fraudulent stalking protection order that Pastor Lindstedt did not contest because Lindstedt didn't want to drive 900 miles to Lake County. After nearly four years of filing Motions to Strike and Continuances two lawsuits, Reo v. Lindstedt 15CV001590 and Reo v.

Lindstedt 16CV000825 went to trial in Lake County and a biased judge (Patrick Condon) refused

to allow Pastor Lindstedt to present any evidence in his own favor, refused to acknowledge the

Ohio Statutes of Limitations barred prosecution of Reo's litigation, empaneled a biased jury

slavering to convict the Aryan Nations pastor and an Aryan Nations Church, refused to sanction

Bryan Reo for perjury and abuse of legal process, refused to allow any jury instructions on

behalf of Lindstedt, and has ruled against Lindstedt so far for a directed verdict of overturning

the jury verdict of $105,000 against Pastor Lindstedt and $400 against Pastor Lindstedt's

Church. Since then Bryan Reo has gotten a lien placed against Lindstedt's South Dakota

inheritance and has threatened to sell at Sheriff's sale Pastor Lindstedt's and Roxie Fausnaught's

modest primary residence in Missouri while the case is on appeal. Bryan Reo has filed four more

bogus and fraudulent lawsuits in Lake County Ohio. The first one filed Bryan Reo v. Martin

Lindstedt 19CV001304 for defamation, etc. was removed to this federal court, *Reo v. Lindstedt*,

19-cv-2103. Bryan Reo also filed another lawsuit on behalf of its wife, *Stefani Rossi Reo v.*

*Martin Lindstedt* 19CV001466, another one for itself once this case was removed to federal court

again in Lake County, *Bryan Reo v. Martin Lindstedt* 19CV001530 and one on behalf of its

father *Anthony Dominic Reo* 19CV001531 – all seeking $500,000 apiece in damages in order to

get the rest of Pastor Lindstedt's South Dakota inheritance worth $2,000,000. Pastor Lindstedt

has no intention of having these Lake County Reo family cases heard in Lake County and thus is

removing them to this federal court for trial. Pastor Lindstedt is merely reporting factually on the

antics and doings of an extremely evil Satanic mongrel abomination which is a federal agent

provocateur / ZOGbot limited-purpose public figure named Bryan Reo / SwordBrethren / and

other aliases and should have the full protection of the First Amendment.

**11. The Church of Jesus Christ Christian / Aryan Nations of Missouri** Is a Church

Corporation in good standing within the State of Missouri since Oct. 2006 when Pastor Lindstedt

had Roxie Fausnaught, his woman, file the paperwork before the Missouri Secretary of State for

$25. The purpose of incorporation was to allow Pastor Lindstedt to call himself a "Pastor" and

even an ArchBishop without having to buy an expensive and largely worthless credential from

some seminary which in any case doesn't know a tenth as much Dual-Seedline Christian Identity

doxology as Pastor Lindstedt. The main reason though was to avoid being drugged with

psychotropic drugs as an excuse to keep Pastor Lindstedt in the maximum security Biggs Unit at

the Fulton State NutHouse while Pastor Lindstedt refused to let a pub[l]ic pretender or lawyer

[mis]represent him for bogus child molestation charges and seek exception to this forced

drugging like the Scientologists for religious reasons. The NutHouse Administration of course

disobeyed the law and doped up Pastor Lindstedt until Lindstedt got to medium security and

started filing lawsuits. Roxie Fausnaught was the agent for the Church corporation because the

State of Missouri refused to recognize the NutHouse Address as synonymous with the Church

Corporation. (Contrary to Bryan Reo's continuing defamation (Doc 10, Doc 10 Exhibit 1) that

Pastor Lindstedt is a convicted child molester the bogus case fell apart before preliminary

hearing as the jailing and NutHouse incarceration was over refusal to hire an attorney for

Lindstedt). When Pastor Lindstedt got out of captivity the corporation renewals kept Roxie

Fausnaught as agent until Bryan Reo maliciously sued her as well as the Church of Jesus Christ

Christian / Aryan Nations of Missouri before the Mentor Municipal Court in early 2016,

whereupon Pastor Lindstedt took over as agent as well as president. Bryan Reo was knowingly

suing an elderly bed-bound (since Dec. 13, 2013) woman in her sixties, illiterate and the corrupt

12

Lake County Court went along with the fiction that she had to hire an attorney licensed in Ohio to resist Bryan Reo's abuse of legal process.

**11.B** The fiction of the State of Ohio, the Lake County Courts, these federal courts and Bryan Reo is that Pastor Lindstedt must hire an attorney to represent his Church corporation or failing that no matter how outlandish the accusations are then Bryan Reo, Esquire as a licensed attorney gets to win by default given that the attitude of a Dual-Seedline Christian Identity church will be that this is Satan's world and government and courts and that lawyers parallel Satan in making false accusations. Therefore we will not bow down to Satan any more than Christ did in Matthew 4:8-10. To do so is to risk damnation. Therefore to insist that we must lose by default because we will not be allowed to defend ourselves in Satan's courts is to interfere with our peaceful exercise of religion. In fact, it is difficult to understand how Bryan Reo was allowed to sue the Church except as a tool to inflame a biased judge and jury against the "Aryan Nations" and Pastor Lindstedt. The Church has a Deuteronomy 23:2 Rule against letting mamzers / Satanic mongrel abominations like Bryan Reo within the Body of Aryan Christian Israel. The Church financial account was used only for renewing the domain names on certain Church-oriented web pages. This Church is not a 501 (c)(3) corporation, it solicits no donations, Pastor Lindstedt puts in money as needed. However a Church can protect itself against attack by the State by simply declaring a Crusade or Religious Holy War or jihad against those agents of a foreign government which attack it in defense. Thus the Church could declare that it is righteous to execute police, lawyers, judges, politicians, to geld or spay their offspring, sell them into slavery, all the things written and authorized in the Old Testament.  This Church can act as a competing power center for White People vs ZOG. Thus a federal question asked is if the federal and state government will not honor the First Amendment free exercise of religious freedom buy allowing assault by

13

Bryan Reo as an attorney and agent provocateur to try to loot the Church while abusing legal process and the Lake County Ohio and State of Ohio allow this because they wish to preserve patents of fake nobility and licenses to steal on behalf of officers of its courts then shouldn't Pastor Lindstedt's Church be expected to protect itself through the use of religious and civil war?

### III. JURISDICTION AND VENUE

**12.** Since Pastor Lindstedt is suing the U.S. Government for allowing its agents provocateur and false-flag organizations like The Foundation for the MarketPlace of Ideas (FMI) with board officers Bryan Reo, Kyle Bristow, and Brett Klimkowsky to attack through "lawfare" Pastor Lindstedt and his Aryan Nations Church then in effect the U.S. Government becomes a sort of defendant or counter-defendant party and thus this federal District Court becomes the court of original jurisdiction. The US Government has become far more pro-active in combating "domestic terrorism" caused by "White Supremacists" and Pastor Lindstedt and his DSCI Aryan Nations Church is about as "White Supremacist" as it gets. However, that means that some of its agents provocateur / ZOGbots, especially the homosexual Satanic mongrel abominations like Bryan Reo get far out of hand and the fake "Christian Identity" 'pastors' like William Finck who are merely jew criminals and finks wish to supplant true Dual-Seedline Comparetian Orthodox Eighth-Day Christian Identity in favor of the ravings of Paul of Tarsus, papist-preterist "No Devil" antinomianism. Therefore since the US government is now a party due to this counter-complaint this federal court has jurisdiction over this case and the rest of the Bryan Reo Family litigation still present in the Lake County Court, i.e. 19CV001304, 19CV001530, 19CV001531 which has been removed to this Court.

**13.** Since Pastor Lindstedt and Lindstedt's Church is suing the State of Ohio and the Lake County Court / Judge Patrick Condon for allowing Bryan Reo to fraudulently sue them without jurisdiction to do so and for disobeying their own rules of court and of their constitution and statutes, especially of limitations it would be ridiculous to sue them in their own courts. Even though Bryan Reo uses the Lake County Courts – which are out of their own jurisdiction about something said years ago over the Internet between parties living 900 miles from each other – Pastor Lindstedt and Lindstedt's Church is suing the Lake County Court, Judge Patrick Condon

and the State of Ohio for declaratory and injunctive relief only, not for monetary damages. Also, there is a federal question involving whether they can properly deny Pastor Lindstedt's Church the free expression of religion, of freedom of political and religious speech and of publishing information on ZOGbots like the Satanic mongrel abomination Bryan Reo and its attorney and jew baal-priest friends to warn other Christian Identity devout without having to pay an attorney / agent of Satan money to [mis]represent the Church and its teachings, when any claimed offenses are limited to expression and not actions in accordance with DSCI belief and practice. Therefore this countersuit is designed to rein in the power of an unelected cabal of lawyers wanting to keep from being regulated and only subject to the disciple of their own lawyer's guild while using the power of the state (of Ohio) to compel religious leaders and churches which never consented to such spurious jurisdiction in which Bryan Reo ensured that they wouldn't be able to fight back in the case of Pastor Lindstedt's Church and Pastor Lindstedt's woman.

14.  **THIS COURT HAS FEDERAL QUESTION JURISDICTION.**  Plaintiff Reo alleges claims under his interpretation of common law. However Pastor Lindstedt hereby files a counter-claim against Reo and other Reo co-conspirators and state and federal governments under 42 U.S.C § 1983 & 1985 for violations of Pastor Lindstedt's First Amendment rights. Therefore, federal question jurisdiction exists over Plaintiff's claims under 28 U.S.C. § 1331 because the resolution of both Plaintiff's and Defendant's claims will require adjudication of disputed questions of federal law.

**15.**  To the extent the Complaint alleges statutory, state common law or other nonfederal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as Plaintiff's and Defendant's claims under common law and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

16. **THIS COURT HAS DIVERSITY OF CITIZENSHIP JURISDICTION AS WELL.**
Because Plaintiff's claims arise against a citizen of another state for over $75000, then removal of this entire cause of action is therefore appropriate under 28 U.S.C. § 1441(a),(b).

15

17. **The Lake County Ohio Court has no jurisdiction,** never had any jurisdiction to hear Bryan Reo cases against Pastor Lindstedt and Lindstedt's Church because contrary to the jurisdictional case cited as granting Lake County Courts, indeed even Mentor Municipal Court against Pastor Lindstedt and Lindstedt's Church 900 miles away from Lake County Ohio, *Kauffman Racing Equipment., L.L.C., v. Roberts*, 126 Ohio St.3d 81 (Ohio 2010) ("holding that a non-commercial website intentionally used to defame an Ohio resident provides Ohio courts personal jurisdiction over foreign tortfeasor" – Bryan Reo 'interpretation') However, whether the Lake County Court has jurisdiction is to be determined by far more than Bryan Reo's self-serving asservations:

**17.B** "Determining whether an Ohio trial court has personal jurisdiction over a nonresident defendant involves a two-step analysis: (1) whether the long-arm statute and the applicable rule of civil procedure confer jurisdiction and, if so, (2) whether the exercise of jurisdiction would deprive the nonresident defendant of the right to due process of law under the Fourteenth Amendment to the United States Constitution. *Kauffman,* { ¶ 28}

**17.C *97** { ¶ 80}  The foreseeability of causing injury to an Ohio company, whether the injury is intended or not, without directing **800** activity at forum residents, is not sufficient to establish minimum contacts. See *Burger King,* 471 U.S. at 474, 105 S.Ct. 2174, 85 L.Ed.2d 528; see also *New Haven Advocate,* 315 F.3d at 263 (narrowly construing *Calder* and holding that "[t]he newspapers must, through the Internet postings, manifest an intent to target and focus on Virginia readers"). Notwithstanding this traditional jurisdictional principle, the majority has provided an avenue for any affected Ohioan to sue the originator of any negative Internet post in an Ohio court when the product has been purchased in Ohio and the negative post is read by an Ohio resident. But this standard falls far short of due process. *Kauffman,*

**17.D.** { ¶ 81}  Since this case is limited to the jurisdictional aspects of the litigation, the parties have not briefed, nor has the court addressed, the First Amendment rights of those who post comments on the Internet. The Supreme Court of the United States in *Calder* "reject[ed] the suggestion that First Amendment concerns enter into the jurisdictional analysis [and] declined * * * to grant special procedural protections to defendants in libel and defamation actions in addition to the constitutional protections embodied in the substantive laws." *Calder,* 465 U.S. at 790–791, 104 S.Ct. 1482, 79 L.Ed.2d 804. Nonetheless, the practical impact of the majority's holding in this case is to unnecessarily chill the exercise of free speech. *Kauffman,*

**17.D** { ¶ 82}  Because Roberts's conduct does not establish minimum contacts with Ohio sufficient to comport with due process, I would reverse the judgment of the court of appeals. Ibid

16

**17.E** Bryan Reo, having lost in federal court on Sept. 10. 2015 decided to re-file essentially the very same case as *Reo v. Lindstedt* 15CV001590 stripped from the Digital Millennium Copyright Act (DMCA) as a libel and defamation lawsuit even though the Ohio Statute of Limitations O.R.C. 2305.11 of one year time to file upon publication had long since passed given that it wasn't until 2013 or 2014 that Bryan Reo found out that Pastor Lindstedt had a $2 million inheritance in South Dakota and so Bryan Reo pretended and the corrupt Lake County Courts agreed that the federal lawsuit acted as a sort of "legalistic refrigerator" of Bryan Reo claims

**17.F.** Bryan Reo filed a new defamation lawsuit on Aug. 12, 2019 *Bryan Anthony Reo v. Martin Lindstedt* 19CV001304, with its far-fetched claims of suffering defamation from what Pastor Lindstedt said about the bogus kangaroo court trial that Lindstedt and Lindstedt's Church had lost in Lake County. Whereupon on Sept 9, 2019 Bryan Reo got its wife, Mrs. Reo – not mentioned by name by Pastor Lindstedt other than as "Mrs. Niggerlips" sued for another $500,000 in defamation damages for posting a Quora post (since deleted by Bryan Reo – who is notorious for destroying evidence) about how she deceived Bryan Reo claiming that she wanted children but didn't so Reo took steps to divorce her but reconsidered when she said that she might have a child or two and then when the divorce was taken off the table said she didn't want kids again and Bryan Reo laments that she is deceitful. Pastor Lindstedt republished the Quora post with the title she was purposefully barren.) Then Pastor Lindstedt wrote about when she was trying to get the attention of two homosexual mongrels, Bryan Reo one of them, and later when sued again on behalf of Bryan Reo's father found out that the "homosexual mongrel" was in fact a mongrel but not likely homosexual. *Anthony Dominic Reo v. Martin Lindstedt* 19CV001531 (now federal case 1:19-cv-02615) filed Sept 18, 2019. Then to replace this lawsuit removed to this federal court Bryan Reo filed Bryan Anthony Reo v. Martin Lindstedt 19CV001530 for $500,000. Bryan Reo has admitted to Pastor Lindstedt that the entire purpose of this litigation is to sue and sue before a Lake County Court until Bryan Reo and the rest of the Reo family gets Pastor Lindstedt's entire inheritance and leaves Lindstedt absolutely nothing, not even a modest primary residence in Granby Missouri.

**17.G.** This is why it is absolutely necessary to remove all Bryan Reo and Bryan Reo Family Lake County litigation to this federal court, consolidate all four cases (so far) and to allow Pastor Lindstedt equal opportunity to file using Electronic Filing of Motions so Bryan Reo cannot take

advantage of being close to its home place haling Pastor Lindstedt 900 miles away to appear for court appearances and paying hundreds, then thousands for postage and then complaining about how Pastor Lindstedt's motions are not timely filed. Bryan Reo needs to be shackled to its fellow agents provocateurs pretending to be White Supremacists and the Lake County Court and State of Ohio needs to stop oppressing under color of their "law" citizens of another state who never consented to being silenced for criticism of a limited-purpose public figure like Bryan Reo over the Internet. The federal government needs to get control of its agents provocateur acting worse than the paid informants of the Russian KGB and East German Stazi. These multiplying Bryan Reo frivolous cases need to be federalized and all put into one consolidated cause of action with Defendant Pastor Lindstedt given an equal opportunity for "due process" via getting to reply to the burgeoning Bryan Reo Motions to Strike expected in real time via ECF.

## ANSWERING BRYAN REO LIES / REO 'FACTS' – 19CV001531  (this case removed)

18. *Bryan Reo - #7 p3 said:. Defendant has a long history of libeling Plaintiff's son, Bryan Anthony Reo, as well as harassing, threatening, and menacing the Reo family. Defendant lost a jury trial in the consolidated cases of 16CV000825 and I5CV00 1590 with a verdict being rendered in favor of Plaintiff's son on claims of defamation per se and false light on 6/26/2019 for libel that occurred throughout 2015 and 2016. The jury awarded Plaintiff's son $105,000.00 against Defendant Martin Lindstedt and $400.00 against his so-called church.*

18.**Answer**: Bryan Reo won a defamation case in the Lake County Court on the consolidated cases Reo v. Lindstedt 15CV001590 and Reo v. Church of Jesus Christ Christian/Aryan Nations of Missouri 16CV000825 in which Aryan Nations Pastor Martin Lindstedt and his Church were tried before a kangaroo court without jurisdiction to try them for things said 8 or 9 years ago with a corrupt judge not allowing Defendants to present their evidence as to the truth of what was being said and when it was said while allowing Bryan Reo to call Pastor Lindstedt a "child molester" both in 2010 and at trial on 24-26 June 2019. Upon "winning" these cases, Bryan Reo has attempted to steal Pastor Lindstedt's South Dakota inheritance by filing two cases in Lake County for $500.000 each, now removed to this federal district court Reo. v. Lindstedt 19-CV-2103 and 19-CV-2589. This bogus case, Anthony Domenic Reo v.

Martin Lindstedt has likewise been removed to federal court, Reo v. Lindstedt 10-CV-2615. Pastor Lindstedt has never threatened or harassed Bryan Reo's father or wife although Bryan Reo says otherwise all the time. This case has been ginned up by Bryan Reo attempting to steal Pastor Lindstedt's South Dakota inheritance worth $2 million by means of fraudulent litigation which has been removed to the federal court. Bryan Reo's father obviously is thus a willing participant in this legalized thievery as it costs $300 to initiate a lawsuit in the Lake County Court.

**19. *Bryan Reo - #8 p3 said:*.** Defendant has since shifted focus to defame Plaintiff's daughter-in-law ("Stefani Rossi Reo") and Plaintiff ("Anthony Domenic Reo") who is the father of Bryan Anthony Reo.

**19. Defendant's Answer.** Actually this piece of Bryan Reo litigation is more fraudulent than usual. Defendant has not actually referred to Anthony Domenic Reo on his web page as anything other than "Ol' Niggerlips' Alleged Spawner" or to Stefani Rossi Reo as "Mrs. Niggerlips". Rather both Plaintiff Anthony Reo and Plaintiff in another case Stefani Rossi Reo have been used by Bryan Reo to generate spurious litigation for $500,000 in a total of four cases claiming damages of $500,000 each in order to steal through civil litigation Pastor Lindstedt's property.

*8.* **20. *Bryan Reo paragraph 9-10, page 3:*** *On September 6, 2019, [9/6/2019] Defendant published on the worldwide web a statement that Plaintiff was having a homosexual incestuous relationship with Plaintiff's own son, which would also entail Plaintiff cheating against his own daughter-in-law by having illicit extra-marital sex with Plaintiff's own son.*

http://www.whitenationalist.org/forum/showthread.php?2101-Ol-Niggerlips-v-Mrs-Niggerlips&p=20294#post20294

**20. Pastor Lindstedt's Answer:** Bryan Reo engages in outright perjury on this one and provides no hyperlink to what Reo alleges Pastor Lindstedt published. This perjury of both fact and law should be summarily punished by this Court imposing Federal Rule of Civil Procedure Rule 11 Sanctions upon

19

Bryan Reo and all of the Bryan Reo and Reo family litigation against Pastor Lindstedt and Lindstedt's Church. What was said about Bryan Reo, its father and wife was put in a thread and then locked down since Pastor Lindstedt got word that Bryan Reo was filing a lawsuit on behalf of its wife. When the post was made there was the thinking that Bryan Reo's father was just another homosexual mongrel friend of Bryan Reo and neither of the two homosexual mongrels were having sexual relations with Mrs. Reo who was jumping about like a fool around in the courthouse halls trying to get their attention on 25 June 2019. No incest and certainly not heterosexual incest was implied or stated. It wasn't until Bryan Reo sent Pastor Lindstedt a link concerning its litigation filed in Lake County concerning its wife that Pastor Lindstedt figured out that the other "homosexual mongrel" sitting next to Bryan Reo in the hall of the Lake County Court 25th June was its father, most definitely a mongrel but probably not a homosexual.

*21. Bryan Reo paragraph 11, p 3 Complaint: Defendant identified Plaintiffs son by name and provided sufficient information about Plaintiff such that Plaintiff could be reasonably identified from the context of the statement.*

**21. Defendant's   Answer:** Bryan Reo is claiming that Bryan Reo's father is being defamed when mistaken for another homosexual mongrel by Pastor Lindstedt. Having to work so hard as to figure out who is being called out and for what doesn't match the standards of proof for defamation. This is merely Bryan Reo "dialing for dollars" in its never-ending war of fraudulent litigation against Lindstedt.

**22. Bryan Reo paragraph 12-16 page 3.** *12.    Incest is defined as a crime by Missouri Revised Statute 568.020 which provides that it is a Class D Felony if a person has sexual intercourse with an ancestor or descendant. 13.    Plaintiff has never had sexual relations with his son. 14. Plaintiff has never had incestuous sex with any relative. 15. Plaintiff has never had homosexual sex with any man. 16. Plaintiff is a professional engineer whose reputation is very important.*

**22. Defendant's Answer**:  Bryan Reo and Bryan Reo's father are the ones claiming that Pastor Lindstedt said that Bryan Reo and Bryan Reo's father have had incestuous homosexual sex, not Pastor Lindstedt. By claiming that Pastor Lindstedt said this is for purposes of initiating this false litigation. Rather Pastor Lindstedt described a situation wherein Bryan Reo's wife was trying to get the attention of Bryan Reo and some mongrel sitting on the right-hand side of Bryan Reo and neither of the two mongrels were paying her any attention. Pastor Lindstedt had overheard Bryan Reo telling its father to not show up to court because Pastor Lindstedt was so vile so Pastor Lindstedt had reason to think that the "homosexual mongrel" was just a friend and not a father. Now both Anthony Domenic Reo and Stefani Rossi Reo are used in order to generate fraudulent litigation of $500,000 each in order to steal by fraudulent litigation Pastor Lindstedt's South Dakota inheritance of 1800 acres of grassland worth around $2 million. Pastor Lindstedt thinks that Mrs. Reo is simply some Sephardic Brazilian jewess who isn't too smart who Bryan Reo married to pretend to be heterosexual. The Reo family lives together each using each other for their own purposes with Bryan Reo being the more evil having the upper hand living with another selfish delusional mongrel namely Bryan Reo's father living in the same household. Why not? Each has its own space where it can live essentially apart while saving on household expenses. About the only thing they have in common is four bogus lawsuits against Pastor Lindstedt seeking to live off of him and render him penniless and destitute filed in Lake County which Pastor Lindstedt is bringing up to this federal court to be consolidated or tried separately before every federal judge in this circuit. The end result is more notoriety for Bryan Reo and its mamzer family and fellow lawyers  Bristow & Klimkowsky pretending to be White Nationalists/White Supremacists.

**23. Bryan Reo para 17, p 3 complaint:** An accusation of homosexual criminal extra-marital incest with one's own son is an accusation that causes an upright and well-regarded professional in a

community to be called in question and held in disrepute and subjected to ridicule and shame. Due to the nature of Defendant's vile remarks, Plaintiffs reputation is presumed damaged

**23. Defendant's Answer:**   Bryan Reo and Bryan Reo's father are the ones pushing these accusations of homosexual incest, not Pastor Lindstedt. This knowing fraud and perjury have been created out of whole cloth by Bryan Reo and signed off on by Bryan Reo's father. Bryan Reo is the one who made up the incest story about how Pastor Lindstedt allegedly claimed that there was incest between three jew mongrels living in the same house from a simple observation of two mongrels sitting together across from Pastor Lindstedt at trial on 25 June 2019 in the Lake County Courthouse ignoring the female mongrel jumping about like a fool trying to get their attention and not getting any. Pastor Lindstedt didn't know that one of the mongrels was Bryan Reo's father at the time, thought it was another homosexual mongrel like Bryan Reo. Bryan Reo has refused to document its perjury claims as to incest. It was quite clear to Pastor Lindstedt that _**none**_ of the two he-mongrels were having sexual relations with the lighter-colored jewess she-mongrel jumping around with a cell phone in her paw like an idiot. All three of them ought to be punished for bringing four more bogus lawsuits for defamation against Pastor Lindstedt by sanctioning them for exactly what they have sought to defraud under color of law against Pastor Lindstedt ($500,000 each against Bryan Reo's father and Bryan Reo's wife and two times $500,000 or one million dollars and disbarment of Bryan Reo and Kyle Bristow and Brett Klimkowsky).

**Paragraphs 24-28** Defendant has a template for answering and counter-claiming Bryan Reo and Reo Plaintiffs complaints.

**29. Bryan Reo paragraph 35, page 6.** _Defendant has caused injury to Plaintiff in excess of five hundred thousand dollars ($500,000.00)_

**29. Defendant's Answer.** With this claim Bryan Reo has committed criminal fraud through abuse of legal process, by filing two defamation lawsuits, Bryan Reo v. Lindstedt 19CV001304 which has been removed to this federal court, and then another asking for another $500,000 before the Lake County Court on Sept. 18, 2019 in Bryan Reo v. Martin Lindstedt 19CV001530 (now removed in this instant case Reo v. Lindstedt 19-CV-2589) after it found out about the removal to this federal court of its first 'defamation' lawsuit. Acting in criminal conspiracy with its wife, Stefani Rossi Reo v. Martin Lindstedt 19CV001466 and father Anthony Dominic Reo v. Martin Lindstedt 19CV001531 (removed to federal court as *Anthony Dominic Reo v Martin Lindstedt* 19-CV-2615) with four bogus and frivolous lawsuits they expect to steal through abuse of legal process Pastor Lindstedt's entire South Dakota inheritance of 1800 acres worth approximately $2 million. Bryan Reo has plotted with William Finck to do so since its federal lawsuit back in August 2014, in its civil complaint filed in 19CV00001304 on page 11 under punitive damages it asks for the entire $2 million dollar property for its delusional and thieving demands for damages. Indeed it has already tried to extort Pastor Lindstedt for $2,500,000 to "settle" in an e-mail sent to Pastor Lindstedt on behalf of Reo's entire criminal family on Oct. 5, 2019.

http://whitenationalist.org/forum/showthread.php?p=20441#post20441

The screen shot of this extortionary demand has already been submitted to this court in Defendant's Doc. 13 Exhibit 1 filed on Oct. 10, 2019 albeit page #2 wasn't scanned in.

 http://bryanreo-lawsuits.xyz/2019/NewtonCounty/Oct19/5Oct19/BR2MLb_5Oct19_814pm.jpg

**29.B** Bryan Reo, Bryan Reo's father Anthony Dominic Reo and Reo's wife should be criminally charged and prosecuted for this extortionary scam as well as Reo sanctioned and

disbarred for criminal activity as an officer of this federal and state court system.

## BRYAN REO'S AGENT PROVACATEUR CONSPIRATORS

**34. Attorney Kyle Bristow.** Attorney Kyle Bristow was the Chairman of the not-so-former Foundation for the MarketPlace of Ideas (FMI), also known as the ZOGbot Poverty [F]Law Center and Bryan Reo was a mere "law student" and "law clerk" for Kyle Bristow. In reality however, it was advertising itself as the "Southern Poverty Law Center" for White Supremacism and had leading elements of the Alt-Right and New Right such as Richard Spencer and "Mike Enoch" / Michael Enoch Isaac Peinovich and James Edwards of the radio podcast "The Political Cesspool" and the StormFront people and League of the South and the Traditional Youth Party and the National Socialist Movement. All the elements of so called White Supremacy and White Nationalism working with this FMI institute. In reality, FMI was nothing more than a government run operation with the purpose of detecting any rising new talent and making sure that anything done would be ineffective much like the 1960s COUNTELPRO FBI operation. After the disaster at Charlottesville Virginia FMI would sue State university systems in Florida, Michigan, Pennsylvania and Ohio to let Richard Spencer speak on campuses to around a dozen or so skinheads who would get free tickets surrounded by hundreds of hostile students and antifa. This legal skirmishing paid Kyle Bristow, Bristow's law clerk and Brett Klimkowsky well. After a victory in January 2018 Bryan Reo was awash in postage for one of its mailings out of some of its vexatious Motions to Strike. The embarrassment was that FMI was full of jews and mongrels and race-mixers and homosexuals like Richard Spencer, Kyle Bristow and Bryan Reo and with Bryan Reo being particularly non-white and homosexual best kept in the background. When Bryan Reo was suing Pastor Lindstedt's Aryan Nations Church in early 2016 it was particularly embarrassing to have FMI crow about how they were going to "restore

the freedumbs of the Constitution for the benefits of White Supremacists / Nationalists." Especially given that Bryan Reo especially was also antifa while pretending to be when convenient White Supremacists as well. Thus FMI is a 2016-19 COUNTELPRO.

**35. Attorney Brett Klimkowsky.** Also on the Board of FMI, Brett Klimkowsky acted as Bryan Reo's attorney sockpuppet for many of its TCPA scams. Brett Klimkowsky and Bryan Reo got caught lying in both federal and Lake County Courts for their lawsuits against the National Auto Division. While FMI officially shut down in early March 2018, when Bryan Reo was making post-trial Motions for Attorney Fees in 15CV001590 and 16CV000825 for Reo's win against Pastor Lindstedt and Lindstedt's Church, Bryan Reo induced Brett Klimkowsky to make an affidavit for $4200 in attorney's fees as a signatory to Bryan Reo's draftings. Kyle Bristow drafted up the Motion for Attorney's Fees while Bryan Reo drafted up Motions for Sanctions. Thus these three lawyers for the FMI are still working together as a federal government COUNTELPRO cell against Old White Supremacist organizations such as Aryan Nations and leaders such as Pastor Lindstedt. Thus the federal government is funding its own anti-domestic terrorism operations against what the federal government views as decentralized secret potential domestic terrorist old-line White Supremacist groups and leaders like Pastor Lindstedt and Lindstedt's Aryan Nations DSCI Church of Jesus Christ Christian. The State of Ohio and the Lake County Courts / Judge Patrick Condon in particular are out to cripple and destroy Pastor Lindstedt and Lindstedt's Church by heavily putting their thumb on the scale of pretend justice by giving Bryan Reo a win in their kangaroo defamation court.

**36.** Wherefore Pastor Lindstedt is adding Attorney Kyle Bristow (who Pastor Lindstedt suspects of having a homosexual relationship with Bryan Reo) and Attorney Brett Klimkowsky as continuing co-conspirators against Pastor Lindstedt and Pastor Lindstedt's Church to this

lawsuit, looking to gain $500,000 from each of these lawyers in compensatory and punitive damages, and seek civil and criminal sanctions against Bristow and Klimkowsky and their disbarment forever so that they cannot oppress and harass under color of law anyone ever again.

**37. William Finck.**  This Puerto-Rican sneak thief murderer and former Jersey City jailer who took a plea bargain and snitched out another jailer and ruined his appeal is a genetic jew, and thus according to Dual-Seedline Christian-Identity (DSCI) a genuine spawn of Satan and thus like Bryan Reo and the Reo family born evil but with a satanic soul out to destroy the Sons of Adamic Man through subversion and imposing Babylon where the seed of men are to be mixed. Bryan Reo helped usher William Finck into the Movement since June 2009 and worked with Finck to take down Pastor Lindstedt's and Lindstedt's Church's DSCI web pages and forums. Finck gave Bryan Reo a Wordpress blog wherein Bryan Reo would publish that Pastor Lindstedt is a convicted child molester. Finck would listen to Reo brag about working to take down Church web pages and approve. When Bryan Reo failed to get homosexual favors from "Victor Switzer" of Pine Bluff Arkansas after finding out about Victor having a Choctaw grandpa Finck kicked him out as a mongrel even though at 25% mongrel Victor was far more white than Bryan Reo will ever be. Reo lied at the June trial about its deep connections with Finck as they used to be publicly inseparable. Finck knew all about Reo's coonections as did Reo of Finck. There still was a connection between the two as late as early 2018. Now Finck is in the leadership of League of the South and big friends with "Hunter Wallace" even given Finck's past and Finck being a jew. Therefore Finck is named in this countersuit as still working with Bryan Reo to oppress Pastor Lindstedt and Lindstedt's true DSCI Aryan Nations Church. As an aside, even though Robert Bowers likely did shoot 11 jews and 4 police at a Pittsburg synagogue nearly a year ago, the last person Bowers spoke to on Gab before shooting was Bruce

26

Bohn, a follower of Finck's. If there is anything Finck is good at, it is soliciting sundry murders.

## THE LAKE COUNTY OHIO COURT / JUDGE PATRICK CONDON

**38.** Pastor Lindstedt is suing the Lake County Ohio Court in general and Judge Patrick Condon before this federal court *simply because they lack jurisdiction to hear* the never-ending frivolous and malicious litigation for "common-law" defamation for what was said many years ago well past the Ohio Statute of Limitations about Bryan Reo, a public figure of infinite maliciousness working as an agent provocateur and informant for the federal and Ohio state government for what was reported by Pastor Lindstedt and on behalf of Lindstedt's Church over the Internet. The Lake County Court has not the power to in effect repeal the First Amendment promising freedom of (political and religious) speech, of the press, and most certainly the exercise of religion by holding spurious unjust unfair irregular tribunals and to assemble a local lynch mob to try unpopular religious and political figures under rules which are not uniform.

**39.** Bryan Reo was allowed at trial to repeatedly call Pastor Lindstedt a "convicted child molester" (like Bryan Reo already has in Doc #10 to this Court). Bryan Reo was allowed to present cherry-picked portions from Pastor Lindstedt's web pages taken out of context. Bryan Reo was allowed to escape any potential of being tried for abuse of legal process and congratulated for its tortuous interference in taking down Lindstedt's web pages. Judge Condon packed the jury with one female African and seven liberals. Part of the pretense of claiming jurisdiction under *Kauffman Racing Equipment., L.L.C., v. Roberts*, 126 Ohio St.3d 81 is the promise of "substantive due process" – which definitely was not there. Now while this case is still in post-trial Motions and Pastor Lindstedt has asked that the Lake County ~~Lynch Mob~~ jury decision be overturned or for a new trial even though there never should have been a trial in the first place. And if necessary let the matter go onto appeal before the Ohio 11th Court of Appeals and then onward to higher courts.

**40.** But what Pastor Lindstedt is seeking in this Court today with this litigation is an end to

the judicial tyranny and corruption of being under the power of the Lake County Court of Common Pleas for yesterday, today and tomorrow from Bryan Reo's vexatious and abusive litigation because the Lake County Court should have no power over someone living 900 miles away in another state for what was spoken or written as the truth about someone like Bryan Reo, a public figure of infinite malice against Pastor Lindstedt and Lindstedt's Church who is literally demanding a "gag order" for what is said in criticism against Bryan Reo and Reo's informant and agent provocateur friends. Pastor Lindstedt is asking for all of Bryan Reo's frivolous and abusive litigation created for the sole purpose of stealing Pastor Lindstedt's South Dakota inheritance be removed to this federal court along with whatever new and old litigation ginned up and rubber-stamped by the Lake County Courts. Asking that Bryan Reo and Bryan Reo's family and friends risk losing their property and law licenses and be imprisoned for perjury and abuse of legal process when they dare to try and steal under color of law. And that this abuse absent jurisdiction be curtailed by forcing the Lake County Courts to recognize the limits of their jurisdiction before they wind up like Sodom and Gomorrah and the other Cities of the Plain who in their greed waylaid strangers and murdered and stole from them under color of their self-serving "law."

## **THE STATE OF OHIO**

**41.** In addition to curbing the excesses of the Lake County Court of Common Pleas sans jurisdiction Pastor Lindstedt is asking a federal question as to why the State of Ohio, in its claims to suppress the unauthorized practice of law thus allows Attorney Bryan Reo to sue a non-profit Christian Church like the Church of Jesus Christ Christian / Aryan Nations of Missouri and its officers, one of them an illiterate elderly bed-bound woman in her 60s with a broken hip who cannot even spell "Bryan Reo" correctly simply because they hold the religious position that a

homosexual mongrel of infinite evil cannot join their Body of Christ? It is not as if the Aryan Nations of Missouri was like the Roman Catholic clergy raping boys and girls as part of communion. Yet the Lake County Court of Common Pleas has allowed Bryan Reo to sue for damages both compensatory and punitive of $400. What did the Church say or do that they should be punished after not being allowed to speak in their own defense by their own clergy? And is the State of Ohio prepared to deal with the traditional means of religious minorities whose religious practice to defend same by means of religious warfare? Has the State of Ohio forgotten the lessons of the Thirty Years War? Wherefore Pastor Lindstedt summons the State of Ohio to appear before the federal district court to hear further of this matter in this particular cause.

## THE UNITED STATES FEDERAL GOVERNMENT

**42.** Every Mighty Evil Empire on the way down and out of History thinks that if only it can gin up an army of informants and agents provocateur infesting its rebellious native population that it can stay in power and control forever. The regimes of Charles I, Louis XVI, Czar Nicholas and far more despots found out differently. This is especially the case when your army of informants and agents provocateur consist of evil homosexual mongrels like Bryan Reo who can never ever pass for White, along with the feckless bunch of your false-flag Foundation for the Marketplace of Ideas, some of whom are being counter-sued today. Having a former jew pig like Finck who fin[c]ked infiltrate the above-ground Christian Identity churches doesn't work well even if the rat-fin[c]k proceeds to solicit murders and 11 jews and four police get shot or killed in Pittsburg.

**43.** The problem with running a COunter INTELligence PROgram [COINTELPRO] with such defectives as Bryan Reo is that when you have destroyed the sundry groups able to somehow work together then what you have left are a atomized pack of "lone wolves" or rather "Lone Tards" who engage in random violence shooting up Walmarts or public schools or where-ever

there is a mob of unarmed targets waiting for the shooters. When your informants and agents provocateur like Bryan Reo are allowed to use their local corrupt county courts to steal and oppress their enemies who have detected them and are blowing the whistle about them and they are summoned to appear before corrupt tribunals to have their lives liberty and property stripped from them that that too creates bad feeling. The pretense that there is a First Amendment or Rule of Law is fading fast. Why is the First Amendment being allowed to be destroyed by some of your informants and agents provocateur? As with the State of Ohio Pastor Lindstedt summons one of your lackeys to appear to answer before the federal district court in this matter.

## ANSWERING BRYAN REO'S 'COMMON LAW' CAUSES OF ACTION

**44.** No, you don't get to call Pastor Lindstedt a "convicted child molester." Yes, you are a delusional homosexual Satanic mongrel abomination. Your mental defect or disease caused by wallowing in your numerous slights from Pastor Lindstedt will clear up if you will run off from the White Supremacist and Christian Identity Aryan Christian Israelite Body of Christ like you promised when Pastor Lindstedt detected you back in Oct 2010. You would be much happier if you learned to live with the fact that you are neither White nor heterosexual and sticked with the company of your own kind and stop bothering us. No, you won't get my South Dakota inheritance. And no, you can't get a gag order. The more you sue the more people know about you and want nothing whatsoever to do with you. Like it or not you are a public figure.

**45.** All of Bryan Reo's & Reo Family Common-Law Causes of Action are merely Bryan Reo, Reo's father and wife working according to a template of claims which are in effect against Ohio Statutes and the First Amendment of the US Constitution. Count IV – Demanding a Permanent Injunction or gag order about discussing Bryan Reo on the Internet is plainly unconstitutional, cf. *Near v. Minnesota*, 283 US 697 as Bryan Reo keeps on demanding a "gag order" against anyone

30

knowing that this homosexual mongrel infiltrating the White Supremacist / White Nationalist and Christian Identity Movements and thus at least a limited-purpose public figure within these on-line communities is definitely not legit. Rather, Pastor Lindstedt publishing a parody title as to what "Ol' Niggerlips / Bryan Reo is up to today" is protected under *Hustler Magazine v. Falwell* 485 US 46.  Thus Bryan Reo cannot prevail upon the merits of this removed case. Rather Bryan Reo and Reo conspirators against Pastor Lindstedt and Lindstedt's Church should be constrained from further fraudulent litigation against Pastor Lindstedt and Bryan Reo and the Reo family and Attorney Kyle Bristow and Brett Klimkowsky as agents provocateurs be disbarred and punished.

**46.** Trial by jury is acceptable by Defendant as long as it isn't like the Lake County ~~Lynch Mob~~ jury that Bryan Reo and Judge Patrick Condon whipped up against Pastor Lindstedt and his Aryan Nations Church.


Wherefore, in this rough Answer and Counter-Claim Pastor Lindstedt requests eventual consolidation of all Reo Plaintiff litigation which has had to be removed from the corrupt Lake County Court into one federal lawsuit instead of four (or more), and the tool of Electronic Computer Filing to do such with, plus any other relief necessary to make sense of this Bryan Reo frivolous, malicious, vexatious and endless litigation. Pastor Lindstedt requests that this matter go to trial, either by itself or hopefully consolidated

Hail Victory!!!

Martin Lindstedt Pastor CJCC/ANR

Pastor Martin Lindstedt, Defendant of and for

The Church of Jesus Christ Christian / Aryan Nations of Missouri (pastorlindstedt@gmail.com)

338 Rabbit Track Road, Granby Missouri 64844 (Tel #) 417-472-6901

31

# Certificate of Service

I, Pastor Martin Lindstedt do hereby certify that a true and genuine copy of the foregoing Answer / Counter-Suit / Counter-Claims has been dispatched by United States mail on 12 November 2019 to Plaintiff Bryan Reo at:

Plaintiff Attorney Bryan Reo, Anthony Domenic Reo, 7143 Rippling Brook Lane, P.O. Box 5100,  Mentor Ohio 44061

A Summons shall be sought and served or sent with a "Waiver of Service of a Summons" with to the following:

**Stefani Rossi Reo** with Attorney Bryan Reo as her lawyer. 7143 Rippling Brook Lane
P.O. Box 5100, Mentor Ohio 44061

**Anthony Dominic Reo** with Attorney Bryan Reo as his lawyer, 7143 Rippling Brook Lane, P.O. Box 5100, Mentor Ohio 44061

**Attorney Kyle Bristow, Esq.** 42383 Garfield Rd, Mt. Clemens MI, PO Box 381164 Clinton Twp 48038
**Attorney Brett Allan Klimkowsky**, Esq. P.O Box 114, Martin Ohio 43445 (419-360-1738)

**William Raymond Finck** 10941 S Fork Loop, PO Box 7201, Panama City Fla 32413

**Lake County Court of Common Pleas / Judge Patrick Condon** is Lake County Courthouse, 47 North Park Place, Painesville, Ohio 44077

State of Ohio, **Ohio Attorney General**, 30 E. Broad Street, 14th Floor, Columbus, Ohio 43215

**U.S. Attorney for the Northern District of Ohio** Justin Herdman, 801 W. Superior Avenue, Suite 400, Cleveland Ohio 44113-1852



PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

UNITED STATES
POSTAL SERVICE.

**Retail**

**P**

**US POSTAGE PAID**
**$7.35**
Origin: 64844
11/13/19
2832160137-04

PRIORITY MAIL 2-DAY ®

0 Lb 7.50 Oz
**1006**

EXPECTED DELIVERY DAY: 11/15/19

C017

SHIP
TO:
801 W SUPERIOR AVE
CLEVELAND OH 44113-1829

**USPS TRACKING NUMBER**

9505 5161 6802 9317 0940 92

UNIT
POST

**PRIORI'**
**MAIL**

- Date of delivery specified*
- USPS TRACKING™ included international destinations.
- Limited international insuranc
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

  * Domestic only

P S 00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

FROM:

Pastor Martin Lindstedt
338 Rabbit Track Road
Granby, Missouri
              64844

TO:

Clerk, U.S. District Court
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, Ohio
              44113

This envelope is made from post-consumer waste. Please recycle again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

* Domestic only.  * For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.