UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ANTHONY D. REO,** | Case No. 1:19-CV-02615 |
| Plaintiff | Judge John R. Adams. |
| v. | FILED FEB 19 2020 |
| **MARTIN LINDSTEDT,** | CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO AKRON |
| Defendant. | |

### DEFENDANTS' MOTION FOR GOOD CAUSE (825 MILES PLUS HAVING TO TAKE CARE OF ELDERLY DOMESTIC PARTNER) TO PARTICIPATE VIA TELEPHONE FOR CASE MANAGEMENT CONFERENCE SCHEDULED IN JUDGE ADAM'S CHAMBERS THURSDAY, MARCH 5. 2020 AT 1:30PM

Defendant Pastor Martin Lindstedt makes this Motion for leave to participate via telephone call for the Case Management Conference scheduled in Judge Adams' Chambers Thursday, March 5th, 2020 at 1:30 pm. Local Rule 16.3 (b)(1) states as follows:

(b) Case Management Conference. (1) The Judicial Officer shall conduct the Case Management Conference. Lead counsel of record must participate in the Conference and parties must attend unless, upon motion with good cause shown or upon its own motion, the Judicial Officer allows the parties to be available for telephonic communication. Counsel, upon good cause shown, may seek leave to participate by telephone.

Defendant Pastor Martin Lindstedt lives according to Google Maps 825 miles from Granby Missouri to downtown Akron Ohio. Driving up by myself in Defendant's small car takes 18 hours and costs in gasoline, motels, and sundry expenses $500 or $700 if using van. In addition it takes four days to drive up there and back and Pastor Lindstedt is the caregiver for his elderly domestic partner Roxie Fausnaught who has a broken hip and has been bed-bound for 6 years and is diabetic. Having Roxie taken care of by her daughter costs $20 per day and her

1

daughter doesn't do as good a job as does Defendant in taking care of her mother. This conference shouldn't take more than a half hour to an hour. Bryan Reo and Pastor Lindstedt and only took a half hour to appear before a Scheduling Case Management Conference before Judge Oliver on Dec. 13 2019 who allowed both parties to appear via telephone in *Bryan Anthony Reo v. Martin Lindstedt* 19-cv-02103. (See Motion for Good Cause Doc. 28 Reo v. Lindstedt 2103, Granted by Judge Oliver 4 Dec. 2019). Nothing has changed since Nov-Dec 2019 other than Roxie is out of the hospital and that her daughter is on assisted care herself with the State of Missouri paying for the daughter's home care. Roxie is on home care via iPad tablet and home care herself but Pastor Lindstedt must feed and wash her and be a caretaker and cannot be away over four hours. Upon trial in a few years Pastor Lindstedt might be able to arrange for others to care for Roxie, but for now it is impossible to care for Roxie and attend to Bryan Reo's five or six lawsuits in Ohio against Pastor Lindstedt for calling Bryan Reo a homosexual mongrel working as an agent provocateur to spy on White Supremacists who know what Bryan Reo is. In this instant case, Pastor Lindstedt mistook Bryan Reo's father, Anthony Domenic Reo for a homosexual mongrel and is now willing to concede that Anthony D. Reo probably isn't a homosexual although still a mongrel. Pastor Lindstedt isn't willing to pay $500,000 or one-quarter of his farm's value for this foolishness, however, and is counter-suing the entire Bryan Reo family and lawyer friends. This is merely a shakedown and extortion attempt on the part of Bryan Reo. Pastor Lindstedt no longer owns what Bryan Reo is trying to steal in South Dakota. The Lake County Court last month conceded that it had no jurisdiction to enforce its civil judgment on Bryan Reo's barratry "win" against Pastor Lindstedt and Pastor Lindstedt's Aryan Nations Church – likewise indigent – outside the boundaries of the State of Ohio. Thus Pastor Lindstedt isn't likely to be extradited and jailed for calling Bryan Reo a homosexual mongrel

ZOGbot on the Lake County cases. Pastor Lindstedt probably shouldn't have panicked and borrowed money to remove the four post-trial Bryan Reo "defamation" cases to the Northern District of Ohio – but he did. Thus these results of having to deal with Bryan Reo barratry. The modest residence in Missouri is held in common by Pastor Lindstedt and Roxie Fausnaught, who Reo was allowed to sue and failed in that attempt in Lake County Ohio. At present both of us live on Roxie's government check and even eat at the local soup kitchen.

Bryan Reo and Bryan Reo's lawyer friends Attorneys Kyle Bristow and Brett Klimkowsky trying to crawl back into White Supremacy, even though homosexual, mongrel, perverted and ZOGbot via their "lawfare" organization The Foundation for the MarketPlace of Ideas (FMI) or ZOGbot Poverty [F]Law Center (ZPLC). Recently Bryan Reo's lawyer friend Kyle Bristow was working to get David Duke out from the civil consequences of a lawsuit arising out of the Charlottesville Massacre which the FMI/ZPLC instigated. Within the past month some investigative journalist posted upon the Internet the 2017 IRS 501(c)(3) income tax report. Bryan Reo was – and still is – a homosexual mongrel working as an agent provocateur for the state of Ohio and the federal government and was an active party in the Charlottesville Massacre per **Exhibit #1**, page 2. See http://zogbots.xyz/WN/FMI-ZPLC/FMI-ZPLC_501c3.pdf

Thus Bryan Reo as "Director of Public Research" and a Board Member of FMI/ZPLC is a public figure and liable to scrutiny and criticism for its role in the aboveground White Supremacy and Christian Identity Movements. Bryan Reo's father, Anthony Domenic Reo has also participated in White Supremacy activities and is being used as a willing catspaw for its son Bryan Reo. However as non-white mongrels neither of them do belong within such groups – which Pastor Lindstedt as a longtime leader in both White Supremacy and Christian Identity groups has pointed out – hence this never-ending litigation over the past decade by Bryan Reo.

3

Pastor Martin Lindstedt simply doesn't have the funds, means, or ability to appear in person before this Court / Judge Adams on March 5, 2020 but does have access to a cell phone so as to make a telephone Scheduling Conference as can be arranged on or after March 5, 2020 at the Court's appointed time. Pastor Lindstedt loathes speaking to Bryan Reo and has never exchanged words with the alleged plaintiff Anthony Domenic Reo but agrees to a preparatory meeting to be held via telephone via Roxie's land line at (417) 472-6901. Defendant seeks a Standard track with normal discovery scheduling. Defendant also insists that Bryan Reo and Bryan Reo's father make a Rule 26 Initial Disclosure as to where they come up with $500,000 in damages. Bryan Reo still hasn't done so with the Bryan Anthony Reo v. Martin Lindstedt 19-cv-2103 Doc. 22 (Reo) vs Doc 27 (Lindstedt). Pastor Lindstedt has no objections to a Magistrate Judge bringing this case to trial. Pastor Lindstedt would like to be able to Electronically File as opposed to having to use the U.S. Mail  It is likely that neither Bryan Reo nor Pastor Lindstedt will agree in their Planning Meeting Report any more than in *Reo v. Lindstedt* 19-cv-02103. Bryan Reo is simply trying to enrich itself while destroying through barratry Pastor Lindstedt. However, these matters are best taken care of via telephone or mail.

Hail Victory!!!

_____

Pastor Martin Lindstedt, Defendant &

The Church of Jesus Christ Christian / Aryan Nations of Missouri

338 Rabbit Track Road, Granby Missouri 64844  (Tel #) 417-472-6901

(pastorlindstedt@gmail.com)

4

**Exhibit #1**: Pages 1-4 of IRS filing from the Foundation for the MarketPlace of Ideas (FMI) at http://zogbots.xyz/WN/FMI-ZPLC/FMI-ZPLC_501c3.pdf

## Certificate of Service

I, Pastor Martin Lindstedt do hereby certify that a true and genuine copy of the foregoing has been dispatched by United States mail on 12 February 2020 to Plaintiff Anthony Domenic Reo care of his son, who only accepts mail via its son's P.O. Box in any case:

Plaintiff Anthony Domenic Reo c/o Attorney Bryan Reo, 7143 Rippling Brook Lane, P.O. Box 5100, Mentor Ohio 44061

*[signature]* Pastor-CJCC/ANP