Motion granted.  Count III is hereby dismissed without prejudice.
/s/ John R. Adams
U.S. District Judge
6/23/2021

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **ANTHONY DOMENIC REO,** | Case No. 1:19-cv-02615-JRA |
| Plaintiff, | Hon. John R. Adams |
| v. | Mag. Carmen E. Henderson |
| **MARTIN LINDSTEDT.,** | |
| Defendant. | |

| | |
|---|---|
| **REO LAW, LLC** | **MARTIN LINDSTEDT** |
| Bryan Anthony Reo (#0097470) | 338 Rabbit Track Road |
| P.O. Box 5100 | Granby, MO 64844 |
| Mentor, OH 44061 | (T):  (417) 472-6901 |
| (T):  (440) 313-5893 | (E):  pastorlindstedt@gmail.com |
| (E):  reo@reolaw.org | *Pro se Defendant* |
| *Attorney for Anthony Domenic Reo* | |

### PLAINTIFF ANTHONY DOMENIC REO'S MOTION TO DISMISS WITHOUT PREJUDICE COUNT III OF PLAINTIFF'S COMPLAINT

NOW COMES Anthony Domenic Reo ("Plaintiff"), *by and through the undersigned attorney*, and hereby propounds upon Martin Lindstedt ("Defendant") and this Honorable Court Plaintiff Anthony Domenic Reo's Motion to Dismiss Without Prejudice Count III of Plaintiff's Complaint:

1.  On or about September 18, 2019, Plaintiff filed against Defendant Plaintiff's Complaint, which included Count I (Defamation), Count II (Invasion of Privacy – False Light), Count III (Intentional Infliction of Emotional Distress), among other causes of action.

2.  Plaintiff respectfully moves the Court to dismiss without prejudice Count III (Intentional Infliction of Emotional Distress).