# THE UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Anthony Domenic Reo, | ) | CASE NO.: 1:19CV2615 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| Martin Lindstedt, | ) | |
| | ) | |
| | ) | **JUDGMENT ENTRY** |
| | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Opinion and Order of April 18, 2021 (ECF No. 43) granting summary judgment to Plaintiff, judgment is rendered for Plaintiff Anthony Domenic Reo as follows:

1. Judgment is hereby entered in favor of Plaintiff Anthony Domenic Reo against Defendant Martin Lindstedt in the amount of $250,000.00 dollars in compensatory damages with an additional $250,000.00 dollars in punitive damages for a total amount of $500,000.00 dollars in the aggregate as to Count I (Defamation) and Count II (Invasion of Privacy/False Light).

2. A permanent injunction is hereby granted enjoining and prohibiting Defendant Martin Lindstedt as to publication of all statements that Defendant published about

2

Plaintiff Anthony Domenic Reo that the Court determined to be defamatory or false light. Defendant is enjoined and prohibited from further publishing any statements that Plaintiff had incestuous sexual relations with his own son or an illicit extramarital affair with his daughter-in-law. Defendant shall, upon receipt of this order, immediately remove all statements from any website medium under his control and shall not republish any statements or any substantially similar statements.

  IT IS SO ORDERED. This matter is hereby closed.


June 23, 2021            */s/ Judge John R. Adams*
                    JUDGE JOHN R. ADAMS
                    UNITED STATES DISTRICT COURT