# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ANTHONY DOMENIC REO,** | Case No. 1:19-cv-02615-JRA |
| Plaintiff, | Hon. John R. Adams |
| v. | Mag. Carmen E. Henderson |
| **MARTIN LINDSTEDT.,** | |
| Defendant. | |

| | |
|---|---|
| **REO LAW, LLC** | **MARTIN LINDSTEDT** |
| Bryan Anthony Reo (#0097470) | 338 Rabbit Track Road |
| P.O. Box 5100 | Granby, MO 64844 |
| Mentor, OH 44061 | (T): (417) 472-6901 |
| (T): (440) 313-5893 | (E): pastorlindstedt@gmail.com |
| (E): reo@reolaw.org | *Pro se Defendant* |
| *Attorney for Anthony Domenic Reo* | |

## ASSIGNMENT OF JUDGMENT
## AGAINST MARTIN LINDSTEDT

Plaintiff and Judgment Creditor, Anthony Domenic Reo, Assignor, for good and valuable consideration, the receipt and sufficiency of which is hereby agreed upon by Assignor and Assignee, does here by assign to Bryan Anthony Reo [personally and individually], Assignee, all his interest, right, title, and ownership in a judgment entered in United States District Court for the Northern District of Ohio, on June 23, 2021 [6/23/2021], signed by the honorable judge John R. Adams in docket ECF No. 52 in the amount of $250,000.00 dollars in compensatory damages and $250,000.00 dollars in punitive damages for an amount in the aggregate of $500,000.00 dollars. As of the date of this assignment the total value of the judgment is $500,000.00 dollars inclusive of all post judgment interest, costs, fees, and other awards.  At the time of this assignment, the judgment remains unsatisfied as to Judgment Debtor, and this judgment remains in full force and effect.

The Name and address of Assignee is:

Bryan Reo

P.O. Box 5100, Mentor, Ohio 44061 (Assignee)

ASSIGNOR:

**ANTHONY DOMENIC REO**

By: _Anthony Domenic Reo_
Anthony Domenic Reo,
Plaintiff/Assignor

SWORN TO AND SUBSCRIBED, before me, this 28 day of June, 2021.

_Eliza Adams_
Notary Public
Print Name: Eliza Adams
Commission Expires: 4/26/2025

ELIZA ADAMS
Notary Public
State of Ohio
My Comm. Expires
April 26, 2025

Respectfully submitted,

**REO LAW, LLC**

/s/ Bryan A. Reo
Bryan A. Reo, Esq.
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(Email): reo@reolaw.org
Ohio Law License - #0097470
*Attorney for Plaintiff Anthony Domenic Reo*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above was electronically filed with the Court, and a copy was sent via First Class Mail to the following this 28th day of June, 2021:

Martin Lindstedt
338 Rabbit Track Road
Granby, Missouri 64844
P: 417-472-6901

/s/ Bryan A. Reo
Bryan A. Reo, Esq.
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(Email): reo@reolaw.org
Ohio Law License - #0097470