UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
**JUN 28 2021**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| ANTHONY D. REO, | Case No. 1:19-CV-02615-JRA |
| Plaintiff, | Judge John Adams |
| v. | |
| MARTIN LINDSTEDT, | |
| Defendant. | |

| | |
|---|---|
| **REO LAW, LLC** <br> Bryan Anthony Reo (#0097470) <br> P.O. Box 5100 <br> Mentor, OH 44061 <br> (T): (440) 313-5893 <br> (E): reo@reolaw.org <br> *Pro se Plaintiff* | **MARTIN LINDSTEDT** <br> 338 Rabbit Track Road <br> Granby, MO 64844 <br> (T): (417) 472-6901 <br> (E): pastorlindstedt@gmail.com <br> *Pro se Defendant* |

**DEFENDANT'S RESPONSE TO THIS COURT'S (DOC. 49) STRIKING OF DEFENDANT'S MOTIONS (Doc 46 & 48) &**

**A RULE 4(a)(5) F.R.App.P. MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL UNTIL SUCH TIME THERE IS A FINAL ORDER TO APPEAL &**

**PERMISSION TO FILE AN AMENDED F.R.Civ.P. RULE 59(e) & RULE 60 MOTION TO THIS COURT'S COURT'S IMPROPERLY GRANTING OF SUMMARY JUDGMENT TO ITS REGIME'S AGENT PROVOCATEUR BRYAN REO'S FATHER (Doc. 43)**

NOW COMES Pastor Martin Lindstedt ("Plaintiff") *pro se*, of the Church of Jesus Christ Christian/Aryan Nations of Missouri (henceforth Aryan Nations Church), to timely file a Federal Rule of Appellate Procedure (henceforth F.R.App.P.) Rule 4(a)(5) Motion for an Extension of Time to file a Notice of Appeal *in forma pauperis* until there is a final judgment by this Court to actually appeal given that this Court asked for Bryan Reo to draft up a judgment and that given

1

that this judgment was based upon Bryan Reo deceit in that Pastor Lindstedt never even mentioned Bryan Reo's father – the Pretend Plaintiff as opposed to being a Bryan Reo catspaw – by his actual name name much less said anything about "homosexual incest" which is what Bryan Reo lied about being the basis for this fraudulent civil lawsuit and this Court accepted as genuine material fact upon which to base its summary judgment and lacking a computation of actual damages required by F.R.Civ.P. Rule 26 (a)(1)(A)(iii). This Court in its ORDER (Doc. 49) of 26 May 2021 struck Pastor Lindstedt's of the Federal Rules of Civil Procedure (henceforth F.R.Civ.P.) Rule 59(e) and Rule 60 Motion to Alter, Amend, or Reconsider this Court's ORDER (Doc. 43) Granting Bryan Reo's father $500,000 in damages without benefit of a jury trial (in violation of the 7th Amendment) and excessive fines (in violation of the 8th Amendment. This Court also demanded that Pastor Lindstedt explain why he shouldn't be held in civil contempt and Pastor Lindstedt responded in an unfair manner – while Pastor Lindstedt holds this Satanic criminal regime, its courts and officers in absolute contempt and thinks that Judge Adams lacks the proper temperament to keep the "judicial integrity" pretense afloat and being a spokesman for a White Supremacist and Christian Identity Resistance Movement now referred to as "domestic terrorists" for the past 30 years it is surprising that Pastor Lindstedt isn't confined in jail or a nuthouse already – Pastor Lindstedt's Doc. 48 "Apology" was struck as well. Thus the question is whether or not there is a final judgment and if there is a Rule 59(e) and Rule 60 Motion to be denied (as opposed to being struck) and thus able to be appealed. Thus this F.R.App.P. Rule 4(a)(5) Motion for an Extension of Time to file a Notice of Appeal *in forma pauperis*. Pastor Lindstedt also asks this Court for permission to file a F.R.Civ.P. Amended Rule 59(e) and Rule 60 Motion for this Court to alter, abolish, amend or reconsider its Order to grant summary judgment for $500,000 given that Bryan Reo's entire lawsuit is based upon lies –

Pastor Lindstedt merely mistook someone sitting next to Bryan Reo for one of Bryan Reo's homosexual lovers given that Pastor Lindstedt had overheard from Bryan Reo that Bryan Reo's father would not be present and it was not until being sued that it was Bryan Reo's father who never was mentioned by name in any case. This Court is violating not only the 1st Amendment, but the 7th Amendment (right to a jury trial in civil lawfare over $20) and 8th Amendment (no excessive fines & $500,000 is certainly excessive) as well.

Thus Pastor Lindstedt is at a loss as how to proceed to an appeal. Granting permission for an Amended Rule 59(e) & 60 Motion which if it was granted would obviate the need at present for an appeal or if denied would furnish a certain date to seek appeal of a final judgment. Thus this Court should grant the extension of time to file an appeal or grant amending Pastor Lindstedt's Rule 59(e) & Rule 60 Motion.

The problem with all of this Bryan Reo and Reo family and friends litigation against Pastor Lindstedt and Lindstedt's Aryan Nations Church and Lindstedt's family (now dead domestic partner and living sister) initiated in the Lake County Ohio and Ohio federal courts is that Bryan Reo is a long-time state and federal government agent provocateur (also known as a ZOGbot) who while pretending for the past 20 years to be a white supremacist and Christian Identity believer is actually a non-white mongrel (of mixed negroid, jewish, and oriental) homosexual. Thus in real life Bryan Reo is properly scared of showing up to In Real Life events. However, as an agent provocateur Bryan Reo has a "license to ill" working with the local, state and federal police and courts to destroy Pastor Lindstedt, Lindstedt's Aryan Nations Church and Lindstedt's family – which Bryan Reo and Reo fellow ZOGbots takes full advantage of and then some. In return Pastor Lindstedt has on his Aryan Nations web page has published the antics of

3

Bryan Reo and Reo's fellow ZOGbots. Thus as the Second Civil War heats up it is to be expected that these courts will seek to destroy enemies of its federal regime under color of law.

Judge Adams as well as Judges Boyko and Oliver and the State of Ohio (and Bryan Reo and Attorney Kyle Bristow) have complained that Defendant Lindstedt chooses to fill his Court filings to *"once again spew hate-filled rhetoric. The filings are filled with racist homophobic, and defamatory statements directed at Plaintiff, Plaintiff's counsel, the undersigned (Judge John Adams), and numerous judicial officers in this District."* ORDER, Doc. 49, pgID #641.

All of the above is correct. Bryan Reo has filed over twenty lawsuits before the Lake County Ohio court and this Northern District of Ohio federal court and other litigation before the Newton County Missouri court and Stanley County South Dakota court – all seeking via "lawfare" to destroy Pastor Lindstedt and Lindstedt's Aryan Nations Church and Lindstedt's family members such as the now deceased Roxie Fausnaught (largely illiterate and bed-bound) and Pastor Lindstedt's sister Susan Bessman (who definitely does not share Pastor Lindstedt's religious and racial values). But even back on 21 December 2007 Bryan Reo as a non-white agent provocateur was boasting purchasing a claim from someone claiming to be Ku Klux Klan member, and then using "lawfare" to sue his way to leading through a figurehead as a non-white agent provocateur a consolidated national Ku Klux Klan. However, with the aid of the Ohio state and now federal courts substitute "Klan" for Aryan Nations – as Pastor Lindstedt's Aryan Nations is now the only real Aryan Nations Church, Bryan Reo has as a non-white homosexual agent provocateur carried out the task of destroying and persecuting without having a jury trial the destruction of the above-ground Aryan Nations Church. This was originally posted in stricken Doc. 48 "apology" so is re-posted here. See **Exhibit #1** Bryan Anthony Reo v. Martin Lindstedt 19-cv-2589 Doc 106-1 & 106-2 of a Stormfront post of 21 Dec. 2007 by Bryan Reo.

4

So how to react to this "lawfare" in which non-white homosexual agents provocateur proceed to use federal and state courts 900 miles away where like Northeastern Ohio the mere mention of Pastor Lindstedt and "Aryan Nations of Missouri" is a civil "lawfare" slam-dunk before a non-white and liberal jury or corrupt federal judges who because of their choice of victims who truly believe their racial religion cannot "bend their knees to Baal"? Pastor Lindstedt has since Bryan Reo initiated all this "lawfare" as an agent provocateur that these state and federal courts lack all legitimacy and jurisdiction and in the face of constitutional questions involving state and federal courts not plucking those not subject to their dominion not being able to even bring this litigation up. However, under Biblical law, the precedent is in how Sodom and Gomorrah in kidnapping travelers on the trade route a half-day away from the Red Sea port to Mesopotamia circa Abraham's day circa 2000 BC and then judicially robbing and murdering them under color of law is the proper jurisprudence. Sodom and Gomorrah were destroyed by fire and brimstone for their crimes against those not under their legitimate jurisdiction and thus legalized piracy no different than Somalian villagers getting on boats to rob ships.

Pastor Lindstedt and Pastor Lindstedt's Aryan Nations Church by answering in order to avoid numerous default judgments in Ohio state and federal courts has decided to get to the root of the problem. If this federal criminal regime didn't exist then Bryan Reo could file all the lawsuits Reo pleased before the Lake County and Mentor Municipal Courts and nothing much would happen. Pastor Lindstedt had an inheritance worth $2 million in Stanley County South Dakota that Reo might have found out about through antifa "lawfare" attorney Robert Konrad who stole confidential files belonging to Susan Bessman while working at the Ollinger Law Firm in Pierre SD sometime in 2013-14. Now because both South Dakota and Missouri are chained

5

together with the federal regime Bryan Reo can rack up all the lawsuits that Reo as a selected agent provocateur / ZOGbot pleases.

The obvious solution to this legalized piracy existing because the Mighty Evil Empire exists is upon collapse as a means to make sure that this evil System never ever is able to recover is to exterminate as much as possible the herd animal population of the offending district. Thus if the North Perry Nuclear Power Plant is chernobylized then for the next 250,000 years the poisoning of the land and turning Lake Erie into a New Dead Sea will be Nature's way of saying don't set up any more Mighty Evil Empires. Thus see **Exhibit #2**, Bryan Reo v. Martin Lindstedt 19-cv-02589 Doc. 98-1 13 June 2016 Response to Lake County Court Order of 7 June 2016 usurping jurisdiction from the Mentor Municipal Court (which didn't want it) and claiming that Pastor Lindstedt could not defend his woman Roxie Fausnaught or Aryan Nations Church from Bryan Reo "lawfare". Pastor Lindstedt effectively has advocated to the Resistance for the past five years of ending this Mighty Evil Empire's ability to tyranny by chernobyling the North Perry Nuclear Power Plant – where Bryan Reo used to work until detected as a "white supremacist" due to Pastor Lindstedt's Aryan Nations web page (which this federal court would pre-emptively censor) and thus maybe saved millions of NE Ohio lives – and thus making it impossible to have a federalized nation due to the probability of disgruntled people wanting to be free ever working together in one overall empire.

In short, the State of Ohio and this federal government has the position that it can unleash non-white agent provocateurs like Bryan Reo who when detected are allowed to appear before their corrupt courts absent any legitimacy or proper jurisdiction, proceed to trial by a biased jury and corrupt judge to hear about how one of a hundred thousand negro homosexuals happened to be "defamed" for absolutely no reason by longtime ZOGbot Bryan Reo who has been fighting

6

with Pastor Lindstedt and Lindstedt's Aryan Nations Church the past decade. Or, even worse, for millions of dollars before corrupt federal judges determined to teach the long-time spokesman for underground white supremacists and Christian Identity a lesson.

The "lesson" which is being learned is what Pastor Lindstedt as a voice in the wilderness has been preaching for the past 30 years: Do not form organizations which can be infiltrated be at Charlottesville 1.0, or Charlottesville 2.0 / Insurrection Day of 6 Jan. 2021. Additionally there is no possibility of peace with these state and federal governments but what must happen is a policy of strategic domestic terrorism in which by prion-poisoning (from the 1990s) and spreading Covid-19 ZOGvirus variants turned loose from a Chinese/ZOG biolab to chernobyling nuclear power plants either by deranged "Lone Tard" (and if Pastor Lindstedt had known that a psychotic evil vicious mongrel like Bryan Reo worked at the North Perry Nuclear Power Plant then it is certain sure that Pastor Lindstedt would have taken down from the Aryan Nations web page every single "SwordBrethren = Bryan Reo" post because what matter what a homosexual Satanic homosexual mongrel 'thinks' just so long as it is psychotic enough to melt down the reactor core somehow as opposed to us having to infiltrate an actual white supremacist operative) or as political and religious policy to ensure that never another empire arises again.

Pastor Lindstedt's religious and political goal is to go along with the current Collapse, let it reduce the population to 20-30 million ex-whiggers ruled over by Ten Thousand Warlords. If Pastor Lindstedt has to lose his inheritance – and Pastor Lindstedt has lost his inheritance by giving it to his sister – then $2 million is but a little price to pay for the moral and religious capital of destroying $2 quadrillion and using the Four Horsemen to liquidate through Imperial stupidity and corruption 300 million ZOGlings and to save YHWH's Servant Nation under petty tribal governments.

Pastor Lindstedt has not bothered to hide his contempt for the state and federal criminal regimes, their officers and their courts. Pastor Lindstedt indeed lost his temper especially with this particular Judge Adams but made an apology not because of fear of this court but rather because of Lindstedt's unfairness in making a deliberate insult which was probably not true.

Therefore, this Motion under F.R.App.P. Rule 4(a)(5) for an extension of time to file an appeal if necessary until there is a final judgment to appeal. If this Court decides to take up Pastor Lindstedt's F.R.Civ.P. Rule 59(e) and Rule 60 Motion to Alter, Amend or Reconsider then so be it. The one filed (Doc 46) was admittedly over the top but some of this was the fault of this Court by demanding Pastor Lindstedt show Cause for his justified contempt of this federal court which triggered an Apology (Doc 48) which was also stricken. If this Court wishes Pastor Lindstedt to file an Amended Rule 59(e) & Rule 60 which will be slightly more moderate then so be it. Pastor Lindstedt for now is well enough pleased with the current reality of Collapse in which Bryan Reo tries to steal Pastor Lindstedt's South Dakota inheritance from Pastor Lindstedt's sister in return justification for which the North Perry Nuclear Power Plant is chernobyled and the population of Northeastern Ohio is irradiated or exterminated. In any case, time to put this railroad back on track and on the rails.

Therefore, Pastor Lindstedt asks that this court grant this Rule 4(a)(5) Motion for an Extension of time to file a Notice of Appeal *in forma pauperis* and either rule on the stricken present Rule 59(e) & 60 Motion to Alter, Amend, Abolish or Reconsider (Doc. 46) or allow Pastor Lindstedt to file an Amended Rule 59(e) & 60 which will be moderately excised or simply let this trial proceed to jury trial on the merits as to liability and damages, or simply to dismiss

8

fake-Plaintiff Anthony D. Reo's lawsuit altogether and to punish Bryan Reo for getting NE Ohio irradiated and exterminated through "lawfare" – legalized civil warfare in the first place.

The New 16 Words of the Church of Jesus Christ Christian / Aryan Nations of Missouri:

*We must chernobylize the North Perry Nuclear Power Plant and exterminate and sterilize North East Ohio.*

Hail Victory !!!

*[signature]* Pastor CJCC/ANf

/S/. Pastor Martin Lindstedt
Defendant/Counter-Claimant,
Pastor, Church of Jesus Christ Christian/Aryan Nations of Missouri
First Servant of YHWH's Servant Nation of Aryan Christian Israel
338 Rabbit Track Road
Granby Missouri 64844
(P): (417) 472-6901, (E): pastorlindstedt@gmail.com
*Pro se Defendant*

**Exhibit #1:** Bryan Anthony Reo v. Martin Lindstedt 19-cv-2589 Doc 106-1 & 106-2 of a Stormfront post of 21 Dec. 2007 by Bryan Reo concerning "lawfaring" the Klan.
**Exhibit #2,** Bryan Anthony Reo v. Martin Lindstedt 19-cv-02589 Doc. 98-1, 98-2 13 June 2016 Response to Lake County Court Order of 7 June 2016

*[handwritten]* Exhibit #3: No more emergency filing since Courthouses opened

## Certificate of Service

I, Pastor Martin Lindstedt do hereby certify that one true and genuine copy of the foregoing was e-mailed sent to : emergencyfiling@ohnd.uscourts.gov on the 23d June 2021 and a paper copy shall be sent if necessary on to this U.S. District Court at Clerk, U.S. District Court, Carl B. Stokes U.S Courthouse, 801 West Superior Avenue, Cleveland Ohio 44113-1830

*[handwritten]* Courthouse Reopened Emergency filing terminated.

Plaintiff Bryan Reo, Anthony Domenic Reo and Stefani Rossie Reo living at 7143 Rippling Brook Lane, P.O. Box 5100, Mentor Ohio 44061 via reo@reolaw.org. The Reos will be sent a paper copy today as well

9