6/24/2021     Gmail - Anthony D. Reo v. Martin Lindstedt 19-cv-02615 Motion under F.R.App.P. Rule 4(a)(5) for an extension of time to file an appeal

Case: 1:19-cv-02615-JRA Doc #: 54-3 Filed: 06/28/21 1 of 1. PageID #: 675



# Gmail

Martin Lindstedt <pastorlindstedt@gmail.com>

---

**Anthony D. Reo v. Martin Lindstedt 19-cv-02615 Motion under F.R.App.P. Rule 4(a)(5) for an extension of time to file an appeal**

2 messages

---

**Martin Lindstedt** <pastorlindstedt@gmail.com>        Wed, Jun 23, 2021 at 4:17 PM
To: emergencyfiling@ohnd.uscourts.gov, Bryan Reo <reo@reolaw.org>, pastorlindstedt <pastorlindstedt@gmail.com>

Emergency filed - Anthony D. Reo v. Martin Lindstedt 19-cv-02615 Motion under F.R.App.P. Rule 4(a)(5) for an extension of time to file an appeal *in forma pauperis* until there is a final judgment by this Court to actually appeal.

**Exhibit #1:** Bryan Anthony Reo v. Martin Lindstedt 19-cv-2589 Doc 106-1 & 106-2 of a Stormfront post of 21 Dec. 2007 by Bryan Reo concerning "lawfaring" the Klan.

**Exhibit #2**, Bryan Anthony Reo v. Martin Lindstedt 19-cv-02589 Doc. 98-1, 98-2 13 June 2016 Response to Lake County Court Order of 7 June 2016

Hail Victory !!!

Pastor Martin Lindstedt
Church of Jesus Christ Christian / Aryan Nations of Missouri

---

**5 attachments**

- 2615_Rule 4a5_Motion2Appeal.pdf
  3716K
- Ex 1_Doc106-1_Stormfront.pdf
  319K
- Ex1_2589_Doc106-2_StormfrontPost.pdf
  173K
- Ex2-Doc98-1_13June2016-Article.pdf
  180K
- Ex2-Doc98-2_7June21.pdf
  207K

*[Handwritten note:]* Exhibit #3 Emergency filing address closed due to Courthouse re-opening.

---

**postmaster@uscourts.gov** <postmaster@uscourts.gov>        Wed, Jun 23, 2021 at 4:18 PM
To: pastorlindstedt@gmail.com

**Office 365**

Your message to emergencyfiling@ohnd.uscourts.gov couldn't be delivered.

## emergencyfiling wasn't found at ohnd.uscourts.gov.

| pastorlindstedt | Office 365 | emergencyfiling |
|---|---|---|
| Action Required | | Recipient |

Unknown To address

### How to Fix It

The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link "**To send this message again, click here.**" Then delete